**Mark A. Crabtree, OSB #015070**
CrabtreeM@JacksonLewis.com
**April Upchurch Fredrickson, OSB #132027**
April.fredrickson@JacksonLewis.com
Jackson Lewis P.C.
1001 SW 5th Avenue, Ste. 1205
Portland, OR 97204
(503) 229-0404
(503) 229-0405 (facsimile)
**ATTORNEYS FOR DEFENDANT**

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SUSAN DENISE MCPHEE, | Case No. |
| Plaintiff | |
| v. | DECLARATION OF MARK CRABTREE IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL |
| TÜV SÜD AMERICA, INC., a foreign business corporation, | |
| Defendant. | [Removal of Multnomah County Case No. 15CV02114] |

I, Mark Crabtree, hereby declare:

1.   I am an attorney employed by the law firm Jackson Lewis P.C., attorneys of record for Defendant TÜV SÜD America, Inc.  I have personal knowledge of the matters set forth below and if called to testify I would testify as follows:

2.   On February 25, 2015, I accepted service of the Summons and Complaint on behalf of Defendant TÜV SÜD America, Inc.  Attached as Exhibit 1 hereto, is a true and correct of the Acceptance of Service which I signed on behalf of Defendant.

**Page 1 – DECLARATION OF MARK CRABTREE IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL**

Jackson Lewis P.C.
1001 SW 5th Ave., Ste. 1205
Portland OR 97204
(503) 229-0404
(503) 229-0405 (fax)

3.      Aside from the Summons and Complaint, no additional documents have been filed or served in this matter by either party.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:  March 13, 2015                    By:  /s/ Mark A. Crabtree
                                              Mark A. Crabtree, OSB #015070
                                              Attorney for Defendant

**Page 2 – DECLARATION OF MARK CRABTREE IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL**

Jackson Lewis P.C.
1001 SW 5th Ave., Ste. 1205
Portland OR 97204
(503) 229-0404
(503) 229-0405 (fax)

# DECLARATION OF SERVICE

I hereby certify that I served the foregoing **DECLARATION OF MARK CRABTREE IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL** by:

- ■ CM/ECF
- ☐ Electronic Mail
- ☐ US Postal Service
- ☐ Facsimile Service
- ☐ Arranging for Hand Delivery
- ☐ Federal Express

as follows on the date stated below:

Craig A. Crispin
Crispin Employment Lawyers
1834 SW 58th Ave., Suite 200
Portland, OR 97221
Phone: 503-293-5770
Email crispin@employmentlaw-nw.com

    Attorney for Plaintiff

DATED this 13th day of March, 2015.

    By: /s/ Lori Dayton
        Lori Dayton

4813-5536-9250, v. 1

Page 3 – DECLARATION OF MARK CRABTREE IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL

Jackson Lewis P.C.
1001 SW 5th Ave., Ste. 1205
Portland OR 97204
(503) 229-0404
(503) 229-0405 (fax)