Craig A. Crispin, OSB No. 82485
crispin@employmentlaw-nw.com
Shelley D. Russell, OSB No. 94068
shelley@employmentlaw-nw.com
**CRISPIN EMPLOYMENT LAWYERS**
1834 SW 58th Avenue, Suite 200
Portland, Oregon 97221
Telephone: 503-293-5770
Fax: 503-293-5766
Of Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON
Portland Division

| | |
|---|---|
| **SUSAN DENISE MCPHEE,** an individual, | Case No. 3:15-cv-00421-ST |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| **TÜV SÜD AMERICA, INC.**, a foreign business corporation, | |
| Defendant. | |

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), as a result of the resolution of this matter, and the stipulation of the parties hereto, by and through their respective attorneys, the above matter is hereby dismissed, with prejudice and without costs to either party.

| **CRISPIN EMPLOYMENT LAWYERS** | **JACKSON LEWIS, PC** |
|---|---|
| By: S/ Craig A. Crispin | By: s/Mark A. Crabtree |
| Craig A. Crispin, OSB No. 82485 | Mark A. Crabtree, OSB # 132027 |
| crispin@employmentlaw-nw.com | CrabtreeM@JacksonLewis.com |
| Of Attorneys for Plaintiff | Of Attorneys for Defendant |